IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-02458-CMA-NRN-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    5229 SOUTH PARFET WAY, LITTLETON, COLORADO,

    Defendant.
_____

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT 5229 SOUTH PARFET WAY, LITTLETON, COLORADO**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture as to Defendant 5229 South Parfet Way, Littleton, Colorado (Doc. # 67), the Court having reviewed said Motion FINDS that:

- the United States commenced this civil forfeiture action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881 and 18 U.S.C. §§ 981 and 985;

- the facts and verifications as set forth in the Verified Complaint for Forfeiture *In Rem* provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the defendant asset;

- all known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the

1

- Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;
- Claimant Hai Rui Jiang asserted his interest as to defendant 5229 South Parfet Way, Littleton, Colorado;
- no other Claim or Answer was filed as to defendant 5229 South Parfet Way, Littleton, Colorado, and the time for doing so has expired;
- the United States and Claimant Hai Rui Jiang, through counsel Mr. Barrett Weisz *Esq*., have reached a settlement agreement resolving Claimant Hai Rui Jiang's interest, and all issues in dispute as to defendant asset 5229 South Parfet Way, Littleton, Colorado;  and
- the $125,000.00 in lieu of defendant 5229 South Parfet Way, Littleton, Colorado, shall be forfeited to the United States.

IT IS THEREFORE ORDERED:

- the United States shall have full and legal title to $125,000.00 in lieu of defendant 5229 South Parfet Way, Littleton, Colorado, and may dispose of the asset in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

- the Clerk of the Court is directed to enter Judgment, and a Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant asset, pursuant to 28 U.S.C. § 2465.

DATED: January 5, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge